# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Angeles, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:25-cv-463 |
| Bering Yachts, LLC; Bering Yacht Sales, LLC, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Angeles, LLC                                                                                                                                               .

Date:    07/31/2025                                           s/C. Fredric Marcinak
                                                              *Attorney's signature*

                                                              C. Fredric Marckinak, #38331
                                                              *Printed name and bar number*

                                                              Moseley Marcinak Law Group LLP
                                                              P.O. Box 26148
                                                              Greenville, SC 29616
                                                              *Address*

                                                              fred.marcinak@momarlaw.com
                                                              *E-mail address*

                                                              (864) 248-6025
                                                              *Telephone number*

                                                              (864) 248-6035
                                                              *FAX number*