# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Angeles, LLC <br> *Plaintiff* <br> v. <br> Bering Yachts, LLC; Bering Yacht Sales, LLC et. al. <br> *Defendant* | Case No. 5:25-cv-463 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Angeles, LLC.

Date: 07/31/2025

s/Garrett M. Simpson
*Attorney's signature*

Garrett M. Simpson #61478
*Printed name and bar number*

Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
*Address*

garrett.simpson@momarlaw.com
*E-mail address*

(864) 807-6107
*Telephone number*

(864) 248-6035
*FAX number*