IN THE UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Angeles, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**C.A. No.: 5:25-cv-463**

**NOTICE OF FILING**

The Plaintiff Angeles, LLC gives notice that Defendants Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC in this matter were

1

served with the Summons and Complaint on September 2, 2025, as shown in the attached Affidavit of Service.

s/C. Fredric Marcinak
C. Fredric Marcinak (Bar #38331)
Garrett M. Simpson (Bar #61478)
Moseley Marcinak Law Group, LLP
PO Box 26148
Greenville, SC 29616
(864) 246-6025
Fred.marcinak@momarlaw.com
Garrett.simpson@momarlaw.com
*Attorneys for Angeles, LLC*

September 9, 2025

2