IN THE UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Angeles, LLC<br><br>     Plaintiff,<br><br>v.<br><br><br>Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5<br><br>     Defendants. | C.A. No.: 5:25-cv-463<br><br>**AFFIDAVIT OF C. FREDRIC MARCINAK III** |

I, C. Fredric Marcinak III, depose and state as follows:

1. I am over the age of eighteen (18) and am under no legal disability. I am competent to make this Affidavit and do so voluntarily. Unless and except as specifically stated otherwise, I have personal knowledge of all the facts stated herein.

1

2. I am an attorney for the Plaintiff, Angeles, LLC.

3. The Civil Summonses and Complaint filed in this action were deposited for service on Defendants Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, Bering Yacht Sales, LLC by Federal Express on August 29, 2025.

4. Copies of the Civil Summonses and Amended Complaint were served on Defendants Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, Bering Yacht Sales, LLC, on September 2, 2025, as evidenced by the attached FedEx Tracking delivery receipts attached hereto as **Exhibit A**.

Respectfully submitted this 9th day of September, 2025.

_____
C. Fredric Marcinak III (NC Bar # 38331)
Garrett Simpson (NC Bar #61478)
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
*Attorney for Plaintiff Angeles, LLC*

I, a Notary Public of the County and State stated herein, certify that the following person personally appeared before me this day, acknowledging that he voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated and certified under oath/affirmation as to the truth of the matters contained herein: C. Fredric Marcinak III, individually.

SWORN to before me this 9th
day of September, 2025

*Claire Vetter* (signature)

Claire Vetter
Notary Public for the State of South Carolina
My Commission Expires: November 18, 2034

[Notary Seal: CLAIRE VETTER, NOTARY PUBLIC, SOUTH CAROLINA, MY COMMISSION EXPIRES 11/18/2034]