# EXHIBIT A



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883972198910

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 12608 LEATHERWOOD CT |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | RALEIGH, NC, 27613 |
| | | **Delivery date:** | Sep 2, 2025 11:35 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883972198910 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Alexei Mikhailov akaAlexeyMikhaylov,
12608 Leatherwood Court
RALEIGH, NC, US, 27613

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

**Reference**  1978.1

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883972744813

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 3383 POSSUM HILL RD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | BATH, NC, 27808 |
| | | **Delivery date:** | Sep 2, 2025 11:20 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883972744813 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Larry Williams,
3383 Possum Hill Road
BATH, NC, US, 27808

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

| Reference | 1978.1 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883972530400

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 10632 EDMUNDSON AVE |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | RALEIGH, NC, 27614 |
| | | **Delivery date:** | Sep 2, 2025 14:48 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883972530400 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Alexander Kholyavskiy,
10632 Edmundson Avenue
RALEIGH, NC, US, 27614

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

**Reference**     1978.1

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883972898816

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 12608 LEATHERWOOD CT |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | RALEIGH, NC, 27613 |
| | | **Delivery date:** | Sep 2, 2025 11:35 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883972898816 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Hysucat USA, Inc,, c/o RegisteredAgentAlexeiMikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

| **Reference** | 1978.1 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883971421818

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 12608 LEATHERWOOD CT |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | RALEIGH, NC, 27613 |
| | | **Delivery date:** | Sep 2, 2025 11:35 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883971421818 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Bering Yachts, LLC, c/o RegisteredAgentAlexeiMikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

**Reference**　　　　　　　　　　1978.1

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883971587814

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 12608 LEATHERWOOD CT |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | RALEIGH, NC, 27613 |
| | | **Delivery date:** | Sep 2, 2025 11:35 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883971587814 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Bering Marine, LLC, c/o RegisteredAgentAlexeiMikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

| **Reference** | 1978.1 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



September 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883971994541

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 12608 LEATHERWOOD CT |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | RALEIGH, NC, 27613 |
| | | **Delivery date:** | Sep 2, 2025 11:35 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 883971994541 | **Ship Date:** | Aug 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Bering Yacht Sales, LLC, c/o RegisteredAgentAlexeiMikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

**Shipper:**
C. Fredric Marcinak, Moseley Marcinak Law Group
4324 Wade Hampton Blvd., Ste B
Taylors, SC, US, 29687

**Reference**  1978.1

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx.