IN THE UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Angeles, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **C.A. No.: 5:25-cv-463** |
| Bering Yachts, LLC; Bering Yacht Sales, ) | |
| LLC; Hysucat USA, Inc.; Bering Marine, ) | |
| LLC; Bering Naval Yatcilik Sanayi Ticaret ) | |
| Limited Sirketi dba Bering Naval Yachts; ) | |
| Bering Naval Serbest Bölge Şubesi; Bering ) | |
| Naval Yatçılık Sanayi Ticaret Limited Şirketi ) | |
| Üçüncü Şubesi; Management Yatçılık Sanayi ) | |
| ve Ticaret Limited Şirketi; New ) | **NOTICE OF FILING** |
| Technologies Yatçılık Sanayi ve Ticaret ) | |
| Limited Şirketi; Setup Marine Mühendislik ) | |
| Elektrik Elektronik Otomasyon Yazılım ) | |
| Tekne Bakım Onarım Sanayi ve Ticaret ) | |
| Limited Sirketi; Bering Yachts Bulgaria Ltd.; ) | |
| Bering Yachts Bulgaria Shipyard Ltd.; ) | |
| Seagull Turizm Ticaret ve Sanayi Limited ) | |
| Sirketi; Alexei Mikhailov aka Alexey ) | |
| Mikhaylov aka Alexey Borisovich ) | |
| Mikhailov; Natalya Viktorovna Mishina; ) | |
| Aleksandr Viatkin aka Alexander Vyatkin ) | |
| aka Alexandr Viatkin aka Alexander ) | |
| Gennadievich Vyatkin; Olga Kibireva; Larry ) | |
| Williams; Alexander Kholyavskiy; John Doe ) | |
| Corporations 1–5 ) | |
| Defendants. | |

The Plaintiff Angeles, LLC gives notice that Defendant Natalya Viktorovna Mishina in this matter was served with the Summons and Complaint, August 27, 2025, as shown on the attached Affidavit of Service.

*[Date and Signature on Following Page]*

1

s/C. Fredric Marcinak
C. Fredric Marcinak (Bar #38331)
Garrett M. Simpson (Bar #61478)
Moseley Marcinak Law Group, LLP
PO Box 26148
Greenville, SC 29616
(864) 246-6025
Fred.marcinak@momarlaw.com
Garrett.simpson@momarlaw.com
*Attorneys for Angeles, LLC*

September 9, 2025