# AFFIDAVIT OF SERVICE

| Case: 5:25-cv-463 | Court: In the United States District Court For the Eastern District of North Carolina Western Division | County: | Job: 13996578 (N. Mishina) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Angeles, LLC | | **Defendant / Respondent:** Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5 | |
| **Received by:** Whitesell Investigative Services Inc | | **For:** Moseley Marcinak Law Group, LLP | |
| **To be served upon:** Natalya Viktorovna Mishina | | **Court Date:** | |

I, Rachel Cleve, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Natalya Viktorovna Mishina, 12608 Leatherwood Court, Raleigh, NC 27613
**Manner of Service:** Personal/Individual, Aug 27, 2025, 12:15 pm EDT
**Documents:** Civil Coversheet, Jury Trial Demanded, Summons in a Civil Action, (Received Aug 21, 2025 at 4:21pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 27, 2025, 12:15 pm EDT at 12608 Leatherwood Court, Raleigh, NC 27613 received by Natalya Viktorovna Mishina. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'6"; Hair: Gray;
Attempted service at the address provided. I made contact with Natalya Viktorovna Mishina who confirmed her identity and accepted service without incident.

_Rachel Cleve_   8/30/25
Rachel Cleve    Date

Whitesell Process Service
PO Box 2511
Rock Hill, SC 29732
803-327-6974 Opt. 3

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public _signature_
Date 8/30/25    Commission Expires 11/13/29

JEFFREY L MERRITT
Notary Public, North Carolina
Wake County
My Commission Expires
November 13, 2029