IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Angeles, LLC | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. No.: 5:25-cv-463** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy;  John Doe Corporations 1–5 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Angeles, LLC by its attorneys and pursuant to Local Civil Rule 5.2 (c), hereby provides notice of substitution of counsel. Heather Wright of the law firm Buchalter, a Professional Corporation makes an appearance on behalf of Angeles, LLC in this action and will replace Fredric C. Marcinak and Garrett M. Simpson and the law firm Moseley Marcinak Law Group, LLP as attorney of record for Angeles, LLC. Ms. Wright verifies that she is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

October 27, 2025                                     Respectfully submitted,

/s/ Heather H. Wright
**Heather H. Wright** (Bar Number 28874)
Buchalter, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
T: (615) 986-3718
C: (615) 939-0221
E: hwright@buchalter.com
*Attorney for Plaintiff Angeles, LLC*


/s/ Garrett M. Simpson
**C. Fredric Marcinak** (Bar #38331)
**Garrett M. Simpson** (Bar #61478)
Moseley Marcinak Law Group, LLP
PO Box 26148
Greenville, SC 29616
Fred.marcinak@momarlaw.com
Garrett.simpson@momarlaw.com
*Attorney for Plaintiff Angeles, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served via electronic or U.S. Mail, postage prepaid, on this October 27, 2025 to:

      James F. Jordan
      Jordan Law Office, sP.A.
      11013 Farmwood Draive
      Raleigh, NC 27613
      jfj@jordanlaw-nc.com

      /s/ Heather H. Wright
      Heather H. Wright