IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Angeles, LLC | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. No.: 5:25-cv-463** |
| | ) | |
| v. | ) | |
| | ) | |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MOTION FOR ENTRY OF DEFAULT** |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1(a) of the Local Civil Rules Practice and Procedure of the United States District Court for the Eastern District of North Carolina, Plaintiff Angeles, LLC ("Plaintiff") moves for entry of default against Defendants Natalya Viktorovna Mishina, Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC and says as follows:

1. Plaintiff filed its Complaint on July 20, 2025. [D.E. #1].

2. Defendant Natalya Viktorovna Mishina was served with the Summons and Complaint on or about August 27, 2025, as evidenced by the affidavit of C. Fredric Marcinak. [D.E. #9].

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), requiring a defendant to respond to a complaint "within 21 days after being served with the summons and complaint," Defendant Natalya Viktorovna Mishina's deadline to respond to the Complaint was September 17, 2025.

4. Defendant Natalya Viktorovna Mishina failed to respond to the Complaint by September 17, 2025, and has not responded to the Complaint as of the date of this motion.

5. Defendants Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC were served with the Summons and Complaint on or about September 2, 2025, as evidenced by the affidavit of C. Fredric Marcinak. [D.E. #8].

6. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), requiring a defendant must respond to a complaint "within 21 days after being served with the summons and complaint," the deadline for Defendants Alexey Borisovich Mikhailov, Larry Williams, Alexander

Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC to respond to the Complaint was September 23, 2025.

7. Defendants Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC failed to respond to the Complaint by September 23, 2025, and have not responded to the Complaint as of the date of this motion.

8. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Civil Rules of Practice and Procedure, Plaintiffs request the Clerk enter default as to Natalya Viktorovna Mishina, Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC

Respectfully submitted, this the 5th of December 5, 2025

/s/ Heather Howell Wright
Heather Howell Wright (Bar Number 28874)
Buchalter, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
T: (615) 986-3718
E: hwright@buchalter.com
*Attorney for Plaintiff Angeles, LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served via electronic and/or U.S. Mail, postage prepaid, on this December 5, 2025 to:

James F. Jordan
Jordan Law Office, P.A.
11013 Farmwood Drive
Raleigh, NC 27613
jfj@jordanlaw-nc.com

Natalya Viktorovna Mishina
12608 Leatherwood Court
Raleigh, NC 27613

Alexei Mikhailov akaAlexeyMikhaylov,
12608 Leatherwood Court
RALEIGH, NC, US, 27613

Larry Williams,
3383 Possum Hill Road
BATH, NC, US, 27808

Alexander Kholyavskiy,
10632 Edmundson Avenue
RALEIGH, NC, US, 27614

Hysucat USA, Inc,, c/o Registered Agent Alexei Mikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

Bering Yachts, LLC, c/o Registered Agent Alexei Mikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

Bering Marine, LLC, c/o Registered Agent Alexei Mikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

Bering Yacht Sales, LLC, c/o Registered Agent Alexei Mikhailov
12608 Leatherwood Court
RALEIGH, NC, US, 27613

                                               /s/ Heather Howell Wright
                                               Heather Howell Wright