IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Angeles, LLC | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. No.: 5:25-cv-463** |
| | ) | |
| v. | ) | |
| | ) | |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1(a) of the Local Civil Rules Practice and Procedure of the United States District Court for the Eastern District of North Carolina, Plaintiff Angeles, LLC ("Plaintiff") moved for entry of default against Defendants Natalya Viktorovna Mishina, Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC.

The Court finds the Motion well taken and GRANTS the Motion as follows:

1. Plaintiff filed its Complaint on July 20, 2025. [D.E. #1].

2. Defendant Natalya Viktorovna Mishina was served with the Summons and Complaint on or about August 27, 2025. [D.E. #9].

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), requiring a defendant must respond to a complaint "within 21 days after being served with the summons and complaint," Defendant Natalya Viktorovna Mishina's deadline to respond to the Complaint was September 17, 2025.

4. Defendant Natalya Viktorovna Mishina failed to respond to the Complaint by September 17, 2025.

5. Defendants Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC were served with the Summons and Complaint on or about September 2, 2025. [D.E. #8].

6. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for each of the Defendants Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC to respond to the Complaint was September 23, 2025.

7. Defendants Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC failed to respond to the Complaint by September 23, 2025.

8. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Civil Rules of Practice and Procedure, **DEFAULT IS ENTERED** as to Natalya Viktorovna Mishina, Alexey Borisovich Mikhailov, Larry Williams, Alexander Kholyavskiy, Hysucat USA, Bering Yachts, LLC, Bering Marine, LLC, and Bering Yacht Sales, LLC.

**IT IS SO ORDERED**