# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| Angeles, LLC ) | | |
| ) | | |
| Plaintiff, ) | C.A. No.: 5:25-cv-463 | |
| ) | | |
| v. ) | | |
| ) | | |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; ) | | |
| Hysucat USA, Inc.; Bering Marine, LLC; ) | **MOTION FOR** | |
| Bering Naval Yatcilik Sanayi Ticaret Limited ) | **EXTENSION OF TIME TO** | |
| Sirketi dba Bering Naval Yachts; Bering Naval ) | **SERVE FOREIGN** | |
| Serbest Bölge Şubesi; Bering Naval Yatçılık ) | **DEFENDANTS** | |
| Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; ) | | |
| Management Yatçılık Sanayi ve Ticaret ) | | |
| Limited Şirketi; New Technologies Yatçılık ) | | |
| Sanayi ve Ticaret Limited Şirketi; Setup ) | | |
| Marine Mühendislik Elektrik Elektronik ) | | |
| Otomasyon Yazılım Tekne Bakım Onarım ) | | |
| Sanayi ve Ticaret Limited Sirketi; Bering ) | | |
| Yachts Bulgaria Ltd.; Bering Yachts Bulgaria ) | | |
| Shipyard Ltd.; Seagull Turizm Ticaret ve ) | | |
| Sanayi Limited Sirketi; Alexei Mikhailov aka ) | | |
| Alexey Mikhaylov aka Alexey Borisovich ) | | |
| Mikhailov; Natalya Viktorovna Mishina; ) | | |
| Aleksandr Viatkin aka Alexander Vyatkin aka ) | | |
| Alexandr Viatkin aka Alexander Gennadievich ) | | |
| Vyatkin; Olga Kibireva; Larry Williams; ) | | |
| Alexander Kholyavskiy; John Doe ) | | |
| Corporations 1–5 ) | | |
| ) | | |
| ) | | |

## MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANTS

Comes now Plaintiff Angeles, LLC ("Plaintiff"), by and through undersigned counsel and

moves this Court for an Order allowing an extension of time of ninety (90) additional days within

which to serve foreign Defendants. In support of this Motion, the Plaintiff shows unto the Court as follows:

1. Plaintiff attempted to serve the foreign Defendants comprising of Defendant Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts, Defendant Bering Naval Serbest Bölge Şubesi, Defendant Seagull Turizm Ticaret ve Sanayi Limited Sirketi, Defendant New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi, Defendant Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi, and Defendant Management Yatçılık Sanayi ve Ticaret Limited Şirketi on or about September 4, 2025 by tendering service packets to the Hague Convention for service.

2. On or about September 29, 2025, prior counsel for Plaintiff received correspondence from the Turkish Ministry of Justice indicating service had not been effected. A copy of the Notice received from the Turkish Ministry of Justice is attached as Exhibit A.

3. Counsel for Plaintiff requires additional time in order to serve the foreign Defendants.

**WHEREFORE**, Plaintiff prays that the Court grant an extension of ninety (90) days, within which to serve the foreign Defendants.

Respectfully submitted, this the 5th of December 5, 2025

/s/ Heather Howell Wright
Heather Howell Wright (Bar Number 28874)
Buchalter, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
T: (615) 986-3718
E: hwright@buchalter.com
*Attorney for Plaintiff Angeles, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via electronic and U.S. Mail, postage prepaid, on this December 5, 2025 to:

>James F. Jordan
>Jordan Law Office, P.A.
>11013 Farmwood Drive
>Raleigh, NC 27613
>jfj@jordanlaw-nc.com

/s/ Heather Howell Wright
Heather Howell Wright

# EXHIBIT A





T.C.
ADALET BAKANLIĞI
Dış İlişkiler ve Avrupa Birliği
Genel Müdürlüğü
(Hukuk Tebligat Bürosu)

REPUBLIC OF TÜRKIYE
MINISTRY OF JUSTICE
Directorate General for Foreign
Relations and European Union Affairs
(Office for Service of Documents
in Civil Matters)

Sayı / Number : E.42569666-301.02.02[4-5-12722-2025]-54356/151913        29.09.2025
Konu / Subject : Bering Naval Yatcılık Sanayi Ticaret
Limited Şirketi, Management Yatçılık Sanayi ve Ticaret
Limited Şirketi, Bering Naval Serbest Bölge Şubesi,
Seagull Turizm Ticaret ve Sanayi Limited Şirketi,
New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi,
Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım
Tekne Bakım Onarım Sanayi ve Ticaret Limited Şirketi

**Garret Simpson Moseley Marcinak Law Group LLP PO Box 26148 Greenville, South Carolina 29616/ UNITED STATES OF AMERICA**

Talep Tarihi              : 04.09.2025
Date of Application

Sayı veya Dosya No    : 5:25-cv-00463-D
Ref or case No

Dear Madam/sir
   15 Kasım 1965 tarihli Adlî ve Gayriâdli Belgelerin Yabancı Ülkelerde Tebliğine Dair Lahey Sözleşmesine göre belgelerin tebliğ talebine ilişkin sertifika ekte iletilmiştir.
   We are pleased to inform you that the certificate regarding the request for the service of documents under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents of 15 November 1965 is transmitted as enclosure.
   *Bu vesileyle saygılarımızı teyit ederiz.*
   We avail ourselves this opportunity to assure to you our highest consideration.

Hilâl AYAN
Rapporteur Judge

Ek     : Belgeler
Annex : Documents

Talepnamenin arka sayfası
Reverse of the request
## Tasdikname
## Certificate

Aşağıda imzası bulunan makam, Sözleşmenin 6 ncı maddesi uyarınca tasdik etmekle şeref duyar
*The undersigned authority has the honour to certify, in conformity with the article 6 of the convention,*

~~( )1. Evrak Tebliğ edilmiştir.~~
~~*That the document has been served*~~
~~tarihi : the (date)~~
~~yer,cadde,sokak,numara : at (place,street,number)~~

~~Aşağıda gösterilen ve 5 inci maddede öngörülmüş olan usullerden biri ile:~~
~~*In one of the following methods authorisied by article 5*~~

~~( ) a) Sözleşmenin 5 inci maddesinin birinci fıkrasının (a) bendindeki hükme göre~~
~~*In accordance with the porvisions of sub, paragraph (a) of the first paragraph of article 5 of the convention*~~
~~( ) Die Zustellung ist gemaess dem Artikel 35 des Zustellungsgesetzes erfolgt~~
~~( ) La notification est accomplie d'après l'article 35 du Code de la Notification~~
~~( ) The document has been served, according to Article 35 of the Law of the Notification~~
~~( ) b) Aşağıdaki özel usul ile~~
~~*In accordance with the following particular method*~~
~~( ) c) Kendi arzusu ile kabul eden muhataba tevdi suretiyle~~
~~*By delivery to the addressee who accepts it voluntarily*~~

~~Talepte sözü edilen, evrakın kendisine tevdi edildiği kimse :~~
~~*The documents referred to in the request have been delivered to*~~
~~Şahsın kimliği sıfatı :~~
~~*Identity and description of person*~~
~~Bu şahsın muhataba olan yakınlığı (ailevi, iş veya başka) :~~
~~*Relationship to the addressee (family, business or other)*~~

(X) 2. Aşağıda belirtilen nedenlerle evrak tebliğ edilememiştir.
*2.That the document has not been served, by reason of the following facts*

1965 tarihli "Hukuki veya Ticari Konularda Adli veya Gayriadli Belgeleri Yabancı Memleketlerde Tebliğine Dair Lahey Sözleşmesi'nin 5. maddesinin 1. fıkrası "a" bendinde yer aldığı gibi Türkçe ve tercümesinin iki takım halinde düzenlenerek gönderilmesi gerekmektedir.

~~( ) Müracaatçının ilişik belgede açıklanan masrafları sözleşmenin 12 nci maddesinin ikinci fıkrası uyarınca ödemesi rica olunur.~~
~~*In conformity with the second paragraph of article 12 of the convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*~~

Ekler --- Annexes
İade olunan belgeler --- Documents returned
Lüzumu halinde tebliğ işlemini tespit eden vesikalar :
*In approppriate cases, documents establishing the service*

Yer Adı / Done at     ANKARA                    Tarih / date   24.09.2025

İmza ve /veya mühür
*Signature and/or stamp.*

Hilâl AYAN
Judge

Lüzumsuz yerleri çiziniz/Delete if inapproppriate

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden m7vPu6f - JOORN4W - Ot5VdrA - njEvjk= ile erişebilirsin

