# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH C.

| | |
|---|---|
| ANGELES, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. C.A.. No.: 5:25-cv-463 |
| BERING YACHTS, LLC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants served as of this date. See list attached.

Date: 12/07/2025

/s/ James F. Jordan
*Attorney's signature*

James F. Jordan NC Bar No. 10955
*Printed name and bar number*
Jordan Law Offices, P.A.
11013 Farmwood Drive
Raleigh, NC  27613

*Address*

jfj@jordanlaw-nc.com
*E-mail address*

(919) 426-8051
*Telephone number*

*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Angeles, LLC | ) | |
| | ) | |
| Plaintiff | ) | **C.A. No.:5:25-cv-463** |
| | ) | |
| v. | ) | |
| | ) | |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval; Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **LIST OF DEFENDANTS** <br><br> **PRESENTLY REPRESENTED** <br><br> **BY JAMES F. JORDAN, OF** <br><br> **JORDAN LAW OFFICES, P.A**. |
| Defendants | ) | |
| | ) | |

Natalya Viktorovna Mishina
Alexey Borisovich Mikhailov
Larry Williams
Alexander Kholyavskiy
Hysucat USA
Bering Yachts, LLC
Bering Marine, LLC
Bering Yacht Sales

## CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of the foregoing was served via electronic and/or U.S. Mail, postage prepaid, on this December 8 , 2025 to:

Heather Howell Wright
Buchalter, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, lTN  37203

Email: hwright@buchalter.com


Attorney for Plaintiff Angeles, LLC