IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case No. 5:25-cv-00463

Angeles, LLC )
)
    Plaintiff(s), )
        v. )
Bering Yachts, LLC et al. )
    Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

Natalya Viktorovna Mishina
Alexey Borisovich Mikhailov
Larry Williams
Alexander Kholyavskiy
Hysucat USA
Bering Yachts, LLC
Bering Marine, LLC
Bering Yacht Sales

who are defendants in this matter make the following disclosures:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES ○  NO ●

2. Does the party/intervenor have any parent corporations?

    YES ○  NO ●

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:


3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES ○  NO ●

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ◯     NO ◉

5. Is the party/intervenor a trade association?

   YES ◯     NO ◉

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| Natalya Viktorovna Mishina | North Carolina, U.S.A. |
| Alexey Borisovich Mikhailov | North Carolina, U.S.A. |
| Larry Williams | North Carolina, U.S.A. |
| Alexander Kholyavskiy | North Carolina, U.S.A. |
| Hysucat USA | North Carolina, U.S.A. |
| Bering Yachts, LLC | North Carolina, U.S.A. |
| Bering Marine, LLC | North Carolina, U.S.A. |
| Bering Yacht Sales | North Carolina, U.S.A. |

Signature: /s/ James F. Jordan, Attorney for defendants named above.

December 8, 2025

# **CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was served via electronic and/or U.S. Mail, postage prepaid, on this December 8 , 2025 to:

Heather Howell Wright
Buchalter, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, lTN  37203

Email: hwright@buchalter.com


Attorney for Plaintiff Angeles, LLC