IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Angeles, LLC | ) | |
| | ) | |
| Plaintiff | ) | C.A. No.:5:25-cv-463 |
| | ) | |
| v. | ) | |
| | ) | |
| Bering Yachts, LLC; Bering Yacht Sales, LLC; Hysucat USA, Inc.; Bering Marine, LLC; Bering Naval Yatcilik Sanayi Ticaret Limited Sirketi dba Bering Naval Yachts; Bering Naval; Serbest Bölge Şubesi; Bering Naval Yatçılık Sanayi Ticaret Limited Şirketi Üçüncü Şubesi; Management Yatçılık Sanayi ve Ticaret Limited Şirketi; New Technologies Yatçılık Sanayi ve Ticaret Limited Şirketi; Setup Marine Mühendislik Elektrik Elektronik Otomasyon Yazılım Tekne Bakım Onarım Sanayi ve Ticaret Limited Sirketi; Bering Yachts Bulgaria Ltd.; Bering Yachts Bulgaria Shipyard Ltd.; Seagull Turizm Ticaret ve Sanayi Limited Sirketi; Alexei Mikhailov aka Alexey Mikhaylov aka Alexey Borisovich Mikhailov; Natalya Viktorovna Mishina; Aleksandr Viatkin aka Alexander Vyatkin aka Alexandr Viatkin aka Alexander Gennadievich Vyatkin; Olga Kibireva; Larry Williams; Alexander Kholyavskiy; John Doe Corporations 1–5 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANTS** |
| Defendants | ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANTS**

Come now those defendants served and represented by and through the undersigned counsel (as set out in its Notice of Appearance) and respond to the Plaintiff's motion for an Order allowing an extension of time of ninety (90) additional days within which to serve foreign Defendants.

The represented Defendants agree that this Motion is in the best interest of judicial economy and acknowledge consent to this Motion provided that the Order also include an extension of time for the responding defendants to file an Answer or otherwise plead in this matter as also set out in the Response of these defendants to Plaintiff's Motion For Entry of Default.

On information and belief, it is likely that the defendants not yet served will raise similar defenses in their Answers or other pleadings to those anticipated by the represented Defendants. Based on the allegations contained in Plaintiff's Complaint, and without admission of said allegations, common elements exist which could make complete resolution of the case difficult, if not impossible, without joining all parties named by Plaintiff.

It is in the interest of judicial economy and fairness to these and all named defendants that Answers and other pleadings should be coordinated among all the parties once service has been obtained with the time for response for the represented defendants to be extended for the earlier of ninety (90) days from entry of the Order or 21 days after Plaintiff file Notices of Service on all Defendants not yet served.

**WHEREFORE,** the defendants represented by the undersigned pray that should the Court grant Plaintiff's Motion for Extension, that the Court also grant in its Order an extension of time of the earlier of ninety (90) days from entry of the Order or 21 days after Plaintiff files Notices of Service on all Defendants not yet served for filing their Answer or other pleadings in this matter.

Respectfully submitted, this 8th day of December, 2025

/s/ James F. Jordan
Jordan Law Offices, P.A.
11013 Farmwood Drive
Raleigh, NC  27613
Telephone: (919) 426-8051
Email: jfj@jordanlaw-nc.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and accurate copy of the foregoing was served via electronic and/or U.S. Mail, postage prepaid, on this December 8 , 2025 to:

Heather Howell Wright
Buchalter, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, lTN  37203

Email: hwright@buchalter.com


Attorney for Plaintiff Angeles, LLC