# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH C.

| | |
|---|---|
| ANGELES, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. C.A.. No.: 5:25-cv-463 |
| BERING YACHTS, LLC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Natalya Viktorovna Mishina.

Date: 12/07/2025

/s/ James F. Jordan
*Attorney's signature*

James F. Jordan NC Bar No. 10955
*Printed name and bar number*
Jordan Law Offices, P.A.
11013 Farmwood Drive
Raleigh, NC 27613

*Address*

jfj@jordanlaw-nc.com
*E-mail address*

(919) 426-8051
*Telephone number*

(919) 847-3740
*FAX number*